UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
Music Matters BV

        -v-                CV 3-1158(DGT)

Northport Marketing, Inc. dba
*Beautiful Music Co.*
----------------------------------X

## ORDER OF DISCONTINUANCE

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action.

SO ORDERED.

Dated: May 18, 2005
      BROOKLYN, New York

                              s/David G. Trager
                              UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 31, 2005 ★
P.M. _____
TIME A.M. _____